NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOHNNY LEON WELLS,         )
         )
    Appellant,        )
         )
v.         )    Case No. 2D17-3366
         )
STATE OF FLORIDA,         )
         )
    Appellee.        )
         )

Opinion filed August 15, 2018.

Appeal from the Circuit Court for
Hillsborough County; Lisa D. Campbell,
Judge.

Howard L. Dimmig, II, Public Defender,
and Robert D. Rosen, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee.


PER CURIAM.


        Affirmed.


CASANUEVA, BLACK, and BADALAMENTI, JJ., Concur.